UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,

      -against-

YOVANNY BRITO,

                       Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

CASE NUMBER: **07 MAG 0029**

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for the defendants in the above-captioned matter; and

      PLEASE TAKE FURTHER NOTICE, that demand is hereby made that all documents and things be served on the undersigned at the address set forth below.

Dated:  Brooklyn, New York
          January 17, 2006

                                              ALBERT KHAFIF, ESQ.
                                              FRIEDMAN, KHAFIF & SANCHEZ, LLP
                                              Attorneys for Defendants
                                              16 Court Street - Suite 2600
                                              Brooklyn, New York 11241
                                              (718) 797-2488

TO:    AMY FINZI
        UNITED STATES ATTORNEY'S OFFICE
        SOUTHERN DISTRICT OF NEW YORK
        1 St. Andrews Plaza
        New York, New York 10007
        (212) 637-2388