UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

UNITED STATES OF AMERICA

       - v. -

YOVANNY BRITO,

          Defendant.

---------------------------------------------------

**WAIVER OF INDICTMENT**

S1 06 Cr. 662 (RJH)

       The above-named defendant, who is accused of violating Title 21, United States Code, Sections 846, 812, 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                          _____
                                          Defendant

                                          _____
                                          Witness

                                          _____
                                          Counsel for Defendant

Date:     New York, New York
           June 8, 2007

