```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | **INFORMATION** |
| - v. - | S1 06 Cr. 662 (RJH) |
| YOVANNY BRITO, | |
| Defendant. | |

------------------------------------------------------------

### COUNT ONE

The United States Attorney charges:

1. From in or about 2001 through in or about 2007, in the Southern District of New York and elsewhere, YOVANNY BRITO, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that YOVANNY BRITO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of a mixture and substance containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

(Title 21, United States Code, Section 846.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/07

## COUNT TWO

The United States Attorney further charges:

3. On or about August 4, 2006, in the Southern District of New York, YOVANNY BRITO, the defendant, unlawfully, intentionally, and knowingly did possess with intent to distribute a controlled substance, to wit, 14 kilograms of a mixture and substance containing a detectable amount of cocaine, in the Bronx, New York.

(Title 21, United States Code, Sections 812,
841(a)(1) and (b)(1)(A), and Title 18,
United States Code, Section 2.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

YOVANNY BRITO,

Defendant.

===

**INFORMATION**

S1 06 Cr. 662 (RJH)

(Title 21, United States Code,
Sections 846, 812, 841(a)(1), and
841(b)(1)(A); and Title 18, United
States Code, Section 2)

MICHAEL J. GARCIA
United States Attorney.