

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FIL
DOC #: _____
DATE FILED: 8/8/07
```

**BY FACSIMILE**

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jorge Carela-Cabreja and Yovanny Brito**
      **S1 06 Cr. 662 (RJH)**

Dear Judge Holwell:

As the Court is aware, the next pre-trial conference in the above-referenced matter is scheduled for July 27, 2007. The Government has spoken with counsel for both defendants and the parties agree that a brief adjournment is necessary for the defendants to decide how they are resolving their case, and if so, in order to finalize the terms of a proposed resolution. Accordingly, the parties request an adjournment to a date and time convenient for the Court during the week of August 20, 2007. With the defendants' consent, the Government also requests and that time from July 27, 2007 through the rescheduled date, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), in the interests of justice.

*Conference adjourned to 9/14/07*
*at [illegible] noon. Time is excluded*
*under the STA from today to*
*9/14/07 to permit defendants to*
*determine whether they wish to*
*seek a pretrial disposition.*
*The exclusion of time is in the*
*interests of justice and outweighs the*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Glen G. McGorty/Amy Finzi
Assistant United States Attorneys
212-637-2505/2338

cc:   David Goldstein, Esq./Albert Khafif, Esq. (By Facsimile)
*interests of the defendants [illegible] in a speedy trial*

SO ORDERED.   _____
HONORABLE RICHARD J. HOLWELL
United States District Court, S.D.N.Y.

7/27/07