**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



August 1, 2007

**BY FACSIMILE**

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:     **United States v. Jorge Carela-Cabreja and Yovanny Brito**
             **S1 06 Cr. 662 (RJH)**

Dear Judge Holwell:

      As the Court is aware, the next pre-trial conference in the above-referenced matter has been rescheduled for September 14, 2007, at 12 p.m. To the extent that it is not already excluded, the Government also requests and that time from today through September 14, 2007, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), in the interests of justice. The defendants have consented to this request.

                                               Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney
                                               Southern District of New York

             By: _____
                          Glen G. McGorty/Amy Finzi
                          Assistant United States Attorneys
                          212-637-2505/2338

cc:     David Goldstein, Esq./Albert Khafif, Esq. (By Facsimile)

SO ORDERED.           _____
                               HONORABLE RICHARD J. HOLWELL
                               United States District Court, S.D.N.Y.
                               8/2/07