**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2007



**BY FACSIMILE**

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   **United States v. Jorge Carela-Cabrela and Yovanny Brito**
          S1 06 Cr. 662 (RJH)

Dear Judge Holwell:

      As the Court is aware, the next pre-trial conference in the above-referenced matter is scheduled for October 19, 2007. The Government has spoken with counsel for the defendants and the parties request a brief adjournment to continue finalizing terms for the defendants' guilty pleas. Accordingly, the Government requests an adjournment to November 13, 2007, at 10 a.m., a date and time provided by Your Honor's Deputy Clerk. With the defendant's consent, the Government also requests and that time from October 19, 2007, through November 13, 2007, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), in the interests of justice.

*[Handwritten: Application Granted. Trial is rescheduled under the STA from today to Nov. 13, 2007 to permit defendant and his counsel to consider a pre-trial disposition. The reclu[sion] of this is in the interests of justice and outweighs the interest of the defendant and the public in a speedy trial.]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Glen G. McGorty/Amy Finzi
Assistant United States Attorneys
212-637-2505/2338

cc:   David Goldstein, Esq./Albert Khafif, Esq. (By Facsimile)

SO ORDERED.     _____
                    HONORABLE RICHARD J. HOLWELL
                    United States District Court, S.D.N.Y.

                    *10/19/07*