```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :   WAIVER OF INDICTMENT
UNITED STATES OF AMERICA            :
                                    :   S2 06 Cr. 662 (RJH)
          - v. -                    :
                                    :
YOVANNY BRITO,                      :
                                    :
                    Defendant.      :
------------------------------------x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 846, 812, 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Sections 2, 1951, and 924(c)(1)(A), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        December 13, 2007

DEC 13 2007

0202