UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA

      - v. -

YOVANNY BRITO,

         Defendant.

------------------------------------

INFORMATION

S2 06 Cr. 662 (RJH)

ELECTRONICALLY FILED
DEC 1 3 2007

### COUNT ONE

The United States Attorney charges:

1.  From in or about 1992 through in or about 2007, in the Southern District of New York and elsewhere, YOVANNY BRITO, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and object of the conspiracy that YOVANNY BRITO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of a mixture and substance containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

3.  It was a part and object of the conspiracy that YOVANNY BRITO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a

controlled substance, to wit, one kilogram and more of a mixture and substance containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

4.  On or about August 4, 2006, in the Southern District of New York, YOVANNY BRITO, the defendant, unlawfully, intentionally, and knowingly did possess with intent to distribute a controlled substance, to wit, 14 kilograms of a mixture and substance containing a detectable amount of cocaine, in the Bronx, New York.

(Title 21, United States Code, Sections 812,
841(a)(1) and (b)(1)(A), and Title 18,
United States Code, Section 2.)

## COUNT THREE

The United States Attorney further charges:

5.  In or about 2006, in the Southern District of New York and elsewhere, YOVANNY BRITO, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did conspire to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), to wit, the robbery of narcotics and narcotics proceeds from individuals he believed to be drug dealers, and would and did thereby obstruct, delay, and

affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951.)

### COUNT FOUR

The United States Attorney further charges:

5. In or about 2003, in the Southern District of New York and elsewhere, YOVANNI BRITO, the defendant, unlawfully, willfully and knowingly did use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, and did possess a firearm in furtherance of such crime, to wit, BRITO carried and possessed a firearm, during and in furtherance of the drug trafficking conspiracy charged in Count One of the Information.

(Title 18, United States Code, Section 924(c)(1)(A) and 2.)

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**YOVANNY BRITO,**

Defendant.

**INFORMATION**

S2 06 Cr. 662 (RJH)

(Title 21, United States Code,
Sections 846, 812, 841(a)(1), and
841(b)(1)(A); and Title 18, United
States Code, Sections 2, 1951, and
924(c)(1)(A))

MICHAEL J. GARCIA
United States Attorney.

12/13/07 Filed Information & Waiver of Indictment.
Deft. pres. w/atty Albert [Chafif], AUSA Glen McCarty &
Spanish interp. a court reporter pres. Deft. filed
consent to proceed before Mag. Judge. Deft. pleads
guilty. PSI ordered. 3/31 set as a control date.
Sentence to be set by Judge Holwell.
  s/ Mag. Judge Katz